**Henry Hecht, appellee, v. Leopold Oesterreicher, appellant. Gen. No. 25,208.**

Action for malicious prosecution. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. John P. McGoorty, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed with finding of fact. Opinion filed October 6, 1920. Rehearing denied October 19, 1920. O'Connor, J., dissenting. Thomson, J., specially concurring.

A. G. Dicus, for appellant. Israel Cowen and Wiley W. Mills, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Lorenzo Romandano, plaintiff in error. Gen. No. 25,338.**

Conviction on charge of vagrancy. Error to the Municipal Court of Chicago; the Hon. John A. Swanson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed October 6, 1920.

James A. O'Callaghan, for plaintiff in error. Maclay Hoyne and Edward E. Wilson, for defendant in error.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**J. D. Hollingshead Company, appellee, v. U. S. Industrial Alcohol Company, appellant. Gen. No. 24,999.**

Action to recover damages for defendant's refusal to receive barrels to be manufactured and delivered by plaintiff. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph H. Fitch, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed. Opinion filed October 6, 1920. Rehearing denied October 19, 1920. *Certiorari* denied by Supreme Court (making opinion final).

W. W. Gurley and Walter F. Olds, for appellant. Adler, Lederer & Beck, for appellee.

---

**W. L. Moulton and John Merrill, trading as Moulton & Merrill, appellees, v. Southern Pacific Company, appellant. Gen. No. 25,137.**

Action to recover for damage to a carload of tomatoes while in transit. Judgment for plaintiffs. Appeal from the County Court of Cook county; the Hon. J. J. Cooke, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed. Opinion filed October 6, 1920.

John A. Sheean, for appellant. Charles A. Butler, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.